IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO 17-5025-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. FATK008V |
| vs. | Violation No. FATK008W |
|  | Location Code: M6H |
| RICHARD A. BELL, | ORDER |
| Defendant. | |

Upon the United States' Unopposed Motion to Quash Bench Warrants and good cause appearing,

IT IS HEREBY ORDERED that the motion (Doc. 9) is GRANTED and the following Violation Notices are deemed fully adjudicated and the warrants issued for said Violations are QUASHED:

Richard A. Bell – Violation Notices FATK008V and FATK008W, warrants issued on September 21, 2017.

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 31st day of October, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1